IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs                    4:06CR00167-01-BRW

JOHN LEONARD HAMMONS

## AMENDED AND SUBSTITUTED
## JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petitions to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate certain conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

The defendant is sentenced to a period of 12 months + 1 day at a designated Bureau of Prisons correctional facility. The defendant is to be placed at the BOP correctional facility at Forrest City, Arkansas. The defendant is to participate in residential or nonresidential substance abuse treatment during incarceration. There is no supervised release to follow incarceration.

The defendant is to report to the designated federal correctional facility by 2:00 p.m. on Monday, January 23, 2012.

IT IS SO ORDERED this 21st day of December, 2011.


                                    /s/Billy Roy Wilson
                            UNITED STATES DISTRICT JUDGE

supvrl.2.Hammons.wpd